IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR THE SEARCH OF: <br><br> BEDROOM LOCATED AT SOUTHERN CORNER OF 129 JACKSON STREET, REYNOLDSVILLE, PA 15851 | Magistrate No. 21-1789 <br><br> [UNDER SEAL] |

## MOTION TO SEAL SEARCH WARRANT

AND NOW comes the United States of America by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Michael R. Ball, Assistant United States Attorney for said District and respectfully moves the Court to issue an Order directing that any and all papers filed in the above-captioned matters, and the within Motion and Order to Seal, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that the facts contained in these papers pertain to matters concerning an ongoing criminal investigation and the publication of said information would compromise the investigation.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By:  /s/Michael R. Ball
MICHAEL R. BALL
Assistant United States Attorney
PA ID No. 209143