IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR THE SEARCH OF:<br><br>BEDROOM LOCATED AT SOUTHERN CORNER OF 129 JACKSON STREET, REYNOLDSVILLE, PA 15851 | Magistrate No. 21-1789<br><br>**[UNDER SEAL]** |

ORDER

AND NOW, to wit, this 31st day of August, 2021, upon consideration of the Motion to Seal Search Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that any and all papers filed in the above-captioned matter, together with this Motion and Order to Seal issued at Magistrate No. 21-1789 are hereby SEALED until further Order of Court.

---
HONORABLE LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE