AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 21-1789 | Date and time warrant executed: <br> 8-31-2021, 3:51 PM | Copy of warrant and inventory left with: <br> GLORIA SNYDER |
| Inventory made in the presence of: <br> PAAG  NA  S. MCELHANEY | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> SEE ATTACHED DEA 12 | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-7-2021

_Executing officer's signature_

SA ANDREW ELLENBERGER
_Printed name and title_

# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | CASE NO. | G-DEP |
|---|---|---|
| 129 Jackson St. Reynoldsville, PA, 15851 | | |
| | FILE TITLE | |

| FROM CLAIMANT (IMPREST ONLY): NAME | LAST FOUR DIGITS OF SSN | |
|---|---|---|
| GROUP | DATE 8/31/2021 | |
| DIVISION/DISTRICT OFFICE Philadelphia / PITTSBURGH DO | CS NUMBER | |
| | CALENDAR YEAR CAP | |
| | LIFETIME CAP | |

| EXTENSION APPROVAL | APPROVER | Title (and printed name/date if not signed digitally) |
|---|---|---|
| DATE EXTENDED THROUGH: | | |

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| — | UNDETERMINED AMOUNT OF U.S. CURRENCY | EVIDENCE ↓ |
| — | Packaging material with residue | |

NOTHING FOLLOWS

| | | |
|---|---|---|
| First Level Approver | | Title (and printed name/ date if not signed digitally) |
| Second Level Approver, if any | | Title (and printed name/ date if not signed digitally) |
| Third Level Approver, if any | | Title (and printed name/ date if not signed digitally) |
| Additional Approver, if any | | Title (and printed name/ date if not signed digitally) |

RECEIVED BY (Signature) [signature]

NAME, TITLE and DATE
SA A. Ellenberger

WITNESSED BY (Signature) [signature McElhaney]

NAME, TITLE and DATE
NA S. McElhaney  8/31/21

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (Sept 2020)