IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR THE SEARCH OF:<br><br>BEDROOM LOCATED AT SOUTHERN CORNER OF 129 JACKSON STREET, REYNOLDSVILLE, PA 15851 | Magistrate No. 21-1789<br><br>[UNDER SEAL] |

## MOTION TO UNSEAL SEARCH WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Michael R. Ball, Assistant United States Attorney for said district, and sets forth the following:

On August 31, 2021, Search Warrant was issued in the above-captioned case.

The Search Warrant, Affidavit and Return were then ordered sealed pending search of the above-captioned location.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrant, Affidavit and Return, due to the fact that the search has been executed, and there is no further need for the Search Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By:   */s/Michael R. Ball*
MICHAEL R. BALL
Assistant U.S. Attorney
PA ID No. 209143