IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR THE SEARCH OF:

BEDROOM LOCATED AT SOUTHERN CORNER
OF 129 JACKSON STREET, REYNOLDSVILLE, PA
15851

Magistrate No. 21-1789
[**UNDER SEAL**]

O R D E R

AND NOW, to wit, this _____ day of _____, 2021, it appearing to the

Court that the search of the above-captioned .location has been executed, and upon the

representation of the United States Attorney's Office that there is no further necessity that the

Search Warrant, Affidavit and Return remain sealed,

IT IS HEREBY ORDERED that the Search Warrant, Affidavit and Return filed at

the above number and sealed on August 31, 2021, are hereby UNSEALED.

_____
UNITED STATES MAGISTRATE JUDGE