IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR THE SEARCH OF:<br><br>BEDROOM LOCATED AT SOUTHERN CORNER OF 129 JACKSON STREET, REYNOLDSVILLE, PA 15851 | Magistrate No. 21-1789<br>**[UNDER SEAL]** |

O R D E R

AND NOW, to wit, this __28th__ day of March, 2022, it appearing to the Court that the search of the above-captioned .location has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Search Warrant, Affidavit and Return remain sealed,

IT IS HEREBY ORDERED that the Search Warrant, Affidavit and Return filed at the above number and sealed on August 31, 2021, are hereby UNSEALED.

_Cynthia R. Eddy_
UNITED STATES MAGISTRATE JUDGE